Filed 11/6/25  P. v. Faulcon CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA


| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>APRIL FAULCON,<br><br>    Defendant and Appellant. | D084911<br><br><br>(Super. Ct. Nos. SCD300421, SCE387345, SCN448841) |

APPEAL from a judgment of the Superior Court of San Diego County, Dwayne K. Moring, Judge.  Affirmed.

Ryan Peabody, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

April Faulcon entered into a plea agreement in which she pleaded guilty to felony offenses in three separate cases and admitted two strike priors.  Faulcon was sentenced to a combined term of six years four months in prison.

## PROCEDURAL BACKGROUND

Faulcon was charged and convicted in three separate cases, San Diego Superior Court case Nos. SCD300421, SCE387345, and SCN448841.

In case No. SCD300421, Faulcon pleaded guilty to two counts of burglary (Pen. Code,[1] § 459) and two counts of grand theft (§ 487, subd. (a)) and admitted two prior strikes. The court gave an indicated lid of six years four months on the combined sentence for the three cases.

In case No. SCE387345, Faulcon pleaded guilty to robbery (§ 211 ) and grand theft. The court applied the same sentencing lid as was done in the other two cases. Faulcon was referred to Drug Court but failed to appear and was not accepted by that court.

In case No. SCN448841, Faulcon pleaded guilty to one count of burglary and one count of grand theft with the same sentencing lid as in the other cases.

Faulcon was sentenced in accordance with the plea agreement.

Faulcon filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to independently review the record for error as mandated by *Wende*. We advised Faulcon of her right to file her own brief on appeal, but she has not responded.

## STATEMENT OF FACTS

Counsel has provided a useful summary of the facts of the offenses in each of the three cases in this appeal. We will incorporate that summary in this opinion to provide background.

---

[1]     All statutory references are to the Penal Code.

### A. *Case No. SCE387345*

On September 27, 2018, sheriff's deputies responded to a call of two females stealing a battery charger from the Tractor Supply Company in El Cajon. Faulcon's accomplice stood at the cash register holding a power blower. The victim followed the two females out of the store and told them they needed to pay for the items. The two females went inside their car and locked the door. Faulcon was the driver. The victim stood behind the car in an attempt to prevent the car from leaving. Faulcon drove the car backwards hitting the victim in the leg. Faulcon stopped and then drove backwards again hitting the victim in the leg. Faulcon was able to drive off with the stolen merchandise. This formed the basis for the robbery in count 1.

On July 25, 2018, Faulcon entered Leslie's Pool Supplies in El Cajon and fled with a salt generator valued at $1,495. This formed the basis for the grand theft of personal property in count 3.

### B. *Case No. SCD300421*

As to counts 1 and 2, on June 7, 2023, Faulcon and codefendant entered an Ulta Beauty store in San Diego. Both women walked over to the fragrance section and filled up their bags and baskets with 83 bottles of fragrances, valued at $10,400.

For counts 3 and 4, on May 20, 2023, Faulcon and another female entered the same Ulta Beauty store in San Diego. Faulcon placed multiple boxes of fragrances in her tote bag. The other female placed various merchandise into her purse. Both women left the store with the stolen merchandise valued at $3,977.

### C. *Case No. SCN448841*

On July 31, 2023, Faulcon and another female entered the Ulta Beauty store in San Marcos. Faulcon concealed a large number of fragrances in a

3

tote bag that she had brought into the store. She left the store without paying for the merchandise, which was documented as $3,000 in value.

## DISCUSSION

As we have indicated, counsel has filed a *Wende* brief and asks the court to independently review the record for error. To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738, counsel has identified a possible issue that was considered in evaluating the potential merits of this appeal: Whether the trial court abused its discretion when it refused to strike one or both of Faulcon's strike priors.

We have independently reviewed the record for error as required by *Wende* and *Anders.* We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Faulcon on this appeal.

## DISPOSITION

The judgment is affirmed.

HUFFMAN, J.*

WE CONCUR:


McCONNELL, P. J.


O'ROURKE, J.

---

* Retired Associate Justice of the Court of Appeal, Fourth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

4